

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY, | § | |
| | | No. 08-25-00003-CV |
| Appellant, | § | |
| v. | | Appeal from the |
| | § | |
| | | 112th District Court |
| PHILLIP BALES, DEREK DIERINGER, | § | |
| WILBERT DIERINGER, MICHAEL | | of Reagan County, Texas |
| HOCH, CMH FARMS, INC. MH FARMS | § | |
| SERVICES, INC., WHIT BRADEN, | | (TC# 1923) |
| DONALD BRADEN, and STREICHER | § | |
| FARMS, INC., | | |
| | § | |
| Appellees. | | |
| | § | |

## J U D G M E N T

After considering this cause on Helena Chemical Company's petition for permissive interlocutory appeal, we deny permission to appeal for the reasons articulated in our opinion. We deny the petition for permissive appeal and dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of June 2025.


GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret.)
Rodriguez, C.J. (Ret.) (sitting by assignment)